NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**CARAVAN CANOPY INTERNATIONAL, INC.,**
*Appellant*

**v.**

**Z-SHADE CO., LTD., COSTCO WHOLESALE CORPORATION, LOWE'S HOME CENTERS, LLC, SHELTERLOGIC CORP.,**
*Appellees*

———————————

2022-1642

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01026, IPR2021-00449.

———————————

**O R D E R**

The appellant having failed to file an appendix required by Federal Circuit Rule 30(a) within the time permitted by the rules, it is

2  CARAVAN CANOPY INTERNATIONAL, INC. V. Z-SHADE CO., LTD.


ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.


FOR THE COURT

January 20, 2023
        Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court


**ISSUED AS A MANDATE:** January 20, 2023